**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                 Plaintiff,           ) | |
|                            ) | |
|     v.           ) | CAUSE NO.: 1:17-CR-55-TLS-PRC |
|                            ) | |
| CHRISTOPHER BELL,           ) | |
|                 Defendant.           ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEA OF GUILTY BY DEFENDANT CHRISTOPHER BELL**

TO:     THE HONORABLE THERESA L. SPRINGMANN,
          UNITED STATES DISTRICT COURT

Upon Defendant Christopher Bell's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 12, 2018, with the consent of Defendant Christopher Bell, counsel for Defendant Christopher Bell, and counsel for the United States of America.

The hearing on Defendant Christopher Bell's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Christopher Bell under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Christopher Bell,

I FIND as follows:

(1) that Defendant Christopher Bell understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Christopher Bell understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

against compelled self-incrimination;

(3) that Defendant Christopher Bell understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Christopher Bell understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Christopher Bell has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Christopher Bell is competent to plead guilty;

(6) that Defendant Christopher Bell understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Christopher Bell's plea; and further,

I RECOMMEND that the Court accept Defendant Christopher Bell's plea of guilty to the offense charged in the Indictment and that Defendant Christopher Bell be adjudged guilty of the offense charged in the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Christopher Bell be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 12th day of March, 2018.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc:   Honorable Theresa L. Springmann